# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### ORDER

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.                                                      Docket No. 0864 0:18CR00026(PJS/SER)

**Tnuza Jamal Hassan**

                              Defendant.

UPON REPORT AND RECOMMENDATION BY Gary M. Smith, U.S. Probation Officer, St. Paul, Minnesota:

IT IS HEREBY ORDERED that the U.S. Probation and Pretrial Services Office retain custody of the above-named defendant's United States passport, which was surrendered pursuant to an Order of the Court on February 12, 2018.

Signed and executed this *12* day
of *Feb*          , 2018.

_____
Honorable Steven E. Rau
U.S. Magistrate Judge

SCANNED
FEB 1 2 2018
U.S. D