AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) |
| v. | ) |
| Tnuza Jamal Hassan | ) Case No. CR 18-26 PJS/SER |
| | ) |
| Defendant | ) |

RECEIVED
FEB 27 2018
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tnuza Jamal Hassan,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Attempting to Provide Material Support to a Designated Foreign Terrorist Operation - 18:2339B(a)(1);
Count 2: False Statement - 18:1001; Count 3: Arson - 18:844(i)

Date: 02/07/2018

*Issuing officer's signature* — P. Arlich (?)

City and state: St. Paul, MN

Lynn Holden, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2-7-18, and the person was arrested on *(date)* 2-8-18
at *(city and state)* _____

Date: 2-8-18

*Arresting officer's signature*

FBI TFO Cody Horner
*Printed name and title*

SCANNED
FEB 28 2018
U.S. DISTRICT COURT MPLS