# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 18-26 (PJS/SER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **AFFIDAVIT OF FATUMA ROBELE** |
| ) | |
| TNUZA JAMAL HASSAN, ) | |
| ) | |
| Defendant. ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

State of Minnesota   )
                     )
County of Hennepin   )

Fatuma Robele, being first duly sworn, states and deposes:

1. She is the mother of Tnuza Hassan. She is 46 years old

2. She was born in Asbe Teferi, Ethiopia. She arrived in the United States in 1992 as a refugee from Ethiopia. She is now a full naturalized citizen and has lived in the United States for 26 years.

3. Upon arriving in the Unites States she took ESL classes to learn to read and write English. She is now fluent in English although she still has some problems with spelling English words.

4. In 1994 she completed her coursework to be a nursing assistant. She then worked as a nursing assistant for three years at a nursing home.

5. In 1997 she attended Minneapolis Technical College and became a certified patient care technician.

6. She worked as a patient care technician for Fresenius Medical Care from 1999-2017.

1

7. She stopped working in June of 2017 due to health concerns involving a stroke. She has recovered from the stroke and is doing fine.

8. She is currently at home and is willing and able to supervise Tnuza Hassan full time in the event that she would be released from custody to home detention with GPS monitoring.

9. She has always had a good relationship with Tnuza and she speaks with her almost every day on the telephone.

10. She has no criminal record of any kind and has never been a suspect in any criminal investigations.

11. She lives with her sister, Afrah Robele, and older daughter, Chaltu Abdulkadir, at 7391 Unity Lane North, Brooklyn Park MN 55443.

12. She does not believe that Tnuza would be a threat to public safety if she were released to home confinement.

13. She will cooperate and implement any recommendations given to her by the U.S. Probation Office in supervising Tnuza.

14. She will contact the police immediately if she feels, for any reason, that her daughter is not following the rules set by the court.

_____  
(Notary Signature)

Affiant Signature: _____  
Date: 04/04/2018

Sworn and Affirmed before me on

Apr 4, 2018  
(Date)

Fatuma Robele

7391 Unity Lane North

Brooklyn Park MN 55443



Robert D. Sicoli  
Notary Public  
Minnesota  
My Commission Expires January 31, 2020

2