AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| United States v. Tnuza Jamal Hassan | **EXHIBIT & WITNESS LIST** Case No. 18cr26 (PJS/SER) |
|---|---|

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| Magistrate Judge Steven E. Rau | Andrew R. Winter<br>Charles J. Kovats, Jr. | Joshua P. Johnson<br>Robert D. Sicoli |

| HEARING DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| April 17, 2018 | Lori Simpson | Ellen M. Ahrens |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/17/2018 | X | X | HTC cell phone search warrant |
| 2 | | 4/17/2018 | X | X | Apple laptop search warrant |
| 3 | | 4/17/2018 | X | X | BLU cell phone search warrant |
| 4 | | 4/17/2018 | X | X | YouTube search warrant |
| 5 | | 4/17/2018 | X | X | HTC cell phone search warrant |
| 6 | | 4/17/2018 | X | X | St. Catherine's search warrant |
| 7 | | 4/17/2018 | X | X | Google search warrant |
| 8 | | 4/17/2018 | X | X | Mailed package search warrant |
| 9 | | 4/17/2018 | X | X | Gmail search warrant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size