UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 18-26 (PJS/SER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **STATEMENT OF FACTS IN** |
| ) | **SUPPORT OF EXCLUSION OF** |
| v. ) | **TIME UNDER SPEEDY TRIAL** |
| ) | **ACT** |
| TNUZA JAMAL HASSAN, ) | |
| ) | |
| Defendant. ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I Tnuza Jamal Hassan, the defendant in this case, agree to the following statement of facts in support of my Motion for Continuance of Trial Date (Docket #31) and to exclude time under the Speedy Trial Act. This case is a complicated case, in which the government has provided my defense counsel with thousands of pages of discovery, and is continuing to provide many more thousands of pages of discovery from search warrants of electronic devices, which is not yet completed. My defense counsel need more time to review the discovery to prepare for trial.

Based on the above facts, I request that the period of time from now until July 23, 2018 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorneys. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 4/19/18

Tnuza Jamal Hassan
Defendant

Dated: 4/19/18

Robert D. Sicoli
Attorney for Defendant