# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,                                     **Case No. 18-cr-26 (PJS/SER)**

v.

Tnuza Jamal Hassan,                                    **ORDER**

       Defendant.

Andrew R. Winter and Charles J. Kovats, Jr., Esqs., United States Attorney's Office, Minneapolis, Minnesota, for Plaintiff.

Joshua P. Johnson, Esq., Minneapolis, Minnesota, for Defendant.

Robert D. Sicoli, Esq., Sicoli Law, Ltd., Minneapolis, Minnesota, for Defendant.

      The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. According, **IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence Obtained as a Result of Searches and Seizures [Doc. No. 32] is **DENIED**.

Dated: 5/23/18

                                                         s/Patrick J. Schiltz
                                                         Patrick J. Schiltz
                                                         United States District Judge