

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Medical Center, Carswell*

---

P.O. Box 27066
"J" Street - Building 3000
Fort Worth, Texas 76127

February 22, 2019

**RECEIVED**

MAR 0 4 2019

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

The Honorable Steven E. Rau
United States Magistrate Judge
United States District Court
346 Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN 55101

RE:   Hassan, Tnuza
      Reg. No.: 21425-041
      Case No.: 18-cr-26 (PJS/SER)

Dear Judge Rau:

In accordance with your Order of January 31, 2019, and pursuant to the provision of Title 18, United States Code, Section 4241(b), Ms. Hassan arrived at the Federal Medical Center (FMC), Carswell on February 13, 2019. In compliance with your Order, our staff will complete her evaluation by March 15, 2019, and a written report will be submitted to the Court within two weeks of that date.

If we may be of further assistance to the Court in this matter, please contact me or Amor Correa, Ph.D., Forensic Psychologist at (817) 782-4349.

Sincerely,

Jody R. Upton
Warden

SCANNED
MAR 0 5 2019
U.S. DISTRICT COURT ST. PAUL