# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELECONFERENCE
CHAMBERS 342 – Saint Paul

United States of America,

           Plaintiff,

v.

Tnuza Jamal Hassan,

           Defendant.

**COURT MINUTES**
Case Number: 18-cr-26 PJS/ECW

| | |
|---|---|
| Date: | November 19, 2019 |
| Court Reporter: | n/a |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:10 a.m. |
| Time in Court: | 10 Minutes |

**Teleconference before Elizabeth Cowan Wright, United States Magistrate Judge, at Saint Paul, Minnesota.**

APPEARANCES:

   For Plaintiff:      Andrew Winter; Charles Kovats

   For Defendant:    Robert Sicoli

The Court held a status conference in view of the Competency Report filed on November 13, 2019 (Dkt. 78).  Defendant shall file a letter on CM/ECF on or before November 29, 2019 stating whether Defendant consents to the hearing under 18 U.S.C. 4241(e) proceeding by videoconference.  The Court will then set a date for the hearing, whether live or via videoconference.  SO ORDERED.

                                       *s/Elizabeth Cowan Wright*
                                       United States Magistrate Judge