# SICOLI LAW

2136 Ford Parkway #117
Saint Paul, Minnesota 55116
Telephone: (612) 871-0708

Robert D. Sicoli
MSBA Certified Criminal
Law Specialist

November 26, 2019

Web: www.sicolilaw.com
Email: bob@sicolilaw.com
FAX: (612) 871-0960

The Honorable Elizabeth C. Wright
U.S. Magistrate Judge
United District Court
342 Federal Building
316 N. Robert Street
St. Paul, MN 55101

**VIA EFILING**

Re: United States v. Tnuza Jamal Hassan
    Cr. No. 18-26 (PJS/ECW)

Dear Magistrate Judge Wright:

This letter serves to inform the Court that the defendant Tnuza Hassan, by and through her undersigned counsel, consents to the hearing under 18 U.S.C. 4241 (c) proceeding by videoconference. The undersigned represents to the Court that he discussed this issue with Ms. Hassan by telephone and she agreed to proceeding with the hearing by videoconference.

Thank you for your consideration.

Very truly yours,

Robert D. Sicoli

C: Andrew Winter, Esq.
   Charles Kovats, Esq.
   Joshua Johnson, Esq.