# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MINUTES – Mental Competency Hearing

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Tnuza Hassan,

        Defendant.

**COURT MINUTES**
BEFORE:   ELIZABETH COWAN WRIGHT
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 18-cr-26 PJS/ECW |
| Date: | December 17, 2019 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | 3B |
| Time Commenced: | 10:07 a.m. |
| Time Concluded: | 11:25 a.m. |
| Time in Court: | 1 hour and 18 minutes |

## APPEARANCES:

For Plaintiff: Charles J. Kovats, Jr., AUSA
For Defendant: Joshua P. Johnson and Robert D. Sicoli

## PROCEEDINGS:

The Court held a hearing on Defendant's mental competency pursuant to 18 U.S.C. § 4241(e).   The Court admitted and retained Government Exhibits 1 and 2.   The Court granted joint motion to seal Government Exhibit 1.

<u>Additional briefing ordered as follows:</u>

Defendant's brief or letter stating no brief will be filed is due on or before **January 14, 2020**.   Government's response brief, if any, is due on **January 28, 2020**.

Counsel may submit proposed orders to chambers via email with copy to all counsel .


☒ ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED
☒ Exhibits retained by the Court   ☐ Exhibits returned to counsel   ☐ Text order to be entered by Clerk's Office

*s/SDF*
Signature of Law Clerk