# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>v.<br>TNUZA HASSAN | | | | | GOVERNMENT'S EXHIBIT AND WITNESS LIST<br><br>Criminal No. 18-26 (PJS/ECW) |
|---|---|---|---|---|---|
| **PRESIDING JUDGE**<br>Hon. Elizabeth Cowan Wright | | | **PLAINTIFF'S ATTORNEY**<br>Charles J Kovats, Jr.,<br>U.S. Attorney's Office | | **DEFENDANT'S ATTORNEY**<br>Robert D. Sicoli<br>Joshua P. Johnson |
| **HEARING DATE(S)**<br>December 17, 2019 | | | **COURT REPORTER**<br>Lynne Krenz | | **COURTROOM DEPUTY**<br>SDF |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 12/17/2019 | X | YES | October 29, 2019 Correspondence and Forensic Report form Federal Medical Center, Carswell – **ORDERED SEALED** |
| 2 | | 12/17/2019 | X | YES | CV of Amor Correa, Ph.D. |
| 3 | | 12/17/2019 | X | | Testimony of Amor Correa, Ph.D. |
| 4 | | | X | | |
| 5 | | | X | | |
| 6 | | | X | | |
| 7 | | | X | | |
| 8 | | | X | | |
| 9 | | | X | | |