# SICOLI LAW

2136 Ford Parkway #117
Saint Paul, Minnesota 55116
Telephone: (612) 871-0708

Robert D. Sicoli
MSBA Certified Criminal
Law Specialist

January 9, 2020

Web: www.sicolilaw.com
Email: bob@sicolilaw.com
FAX: (612) 871-0960

The Honorable Elizabeth C. Wright
U.S. Magistrate Judge
United District Court
342 Federal Building
316 N. Robert Street
St. Paul, MN 55101

**VIA EFILING**

Re:  United States v. Tnuza Jamal Hassan
     Cr. No. 18-26 (PJS/ECW)

Dear Magistrate Judge Wright:

This letter serves to inform the Court and counsel that the defendant Tnuza Hassan, by and through her undersigned counsel, will not be filing a memorandum regarding the issue of Ms. Hassan's competency to stand trial. Ms. Hassan submits the issue of her competency on the record.

Thank you for your consideration.

Very truly yours,

Robert D. Sicoli

C:  Andrew Winter, Esq.
    Charles Kovats, Esq.
    Joshua Johnson, Esq.