UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-26 (PJS/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ORDER** |
| | ) | **DIRECTING TRANSPORT** |
| v. | ) | |
| | ) | |
| TNUZA JAMAL HASSAN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Assistant United States Attorney Andrew Winter, respectfully moves this Court for an order directing the United States Marshal Service to forthwith transport TNUZA JAMAL HASSAN from Federal Medical Center-Carswell ("FMC-Carswell") to the District of Minnesota for further proceedings in the above-captioned matter.

Dated: February 3, 2020

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

*s/ Andrew R. Winter*

BY:   ANDREW R. WINTER
Assistant United States Attorney