

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

November 19, 2020

CHAMBERS OF
PATRICK J. SCHILTZ
DISTRICT JUDGE
UNITED STATES COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5480

Tnuza Jamal Hassan
Sherburne County Jail
13880 Business Center Drive
Elk River, MN 55330

VIA U.S. MAIL & CM/ECF

   Re: United States v. Tnuza Jamal Hassan
     Case No. 18-CR-0026 (PJS/ECW)

Dear Ms. Hassan:

  I write in response to your recent letter, which I received this afternoon.

  I am not allowed to have private communications with a defendant in a criminal case. Therefore, I am required to share your letter with the prosecutor and your attorneys. I will be asking the attorneys how they wish to proceed, in light of your letter.

Sincerely,

Patrick J. Schiltz
United States District Judge