

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

CHAMBERS OF
PATRICK J. SCHILTZ
CHIEF JUDGE
UNITED STATES COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5480

September 23, 2022

Ms. Tnuza Hassan
Reg. No. 21425-041
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

        Re:    United States v. Tnuza Jamal Hassan
                  Case No. 18-CR-0026 (PJS/ECW)

Dear Ms. Hassan:

    I write in response to your recent letter.

    It would not be appropriate for me to communicate with you about the very beliefs that are the subject of the evaluation and treatment that you are undergoing. I do not want to inadvertently interfere with the work of the staff at FMC Carswell. You should talk to your lawyers about your legal concerns and the staff at FMC Carswell about your non-legal concerns.

                                            Sincerely,

                                            Patrick J. Schiltz
                                            Chief Judge